**Panos Lagos (SBN 61821)**
**LAW OFFICES OF PANOS LAGOS**
5032 Woodminster Lane
Oakland, CA 94602
Tel. (510) 530-4078
Fax (510) 530-4725
e-mail: panos@panoslagoslaw.com

*Attorney for Plaintiff,*
**ALBERT ANTHONY ARTEAGA**

NOAH G. BLECHMAN (State Bar No. 197167)
noah.blechman@mcnamaralaw.com
CAMEREN N. RIPOLI (State Bar No. 318045)
cameren.ripoli@mcnamaralaw.com
McNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP
3480 Buskirk Avenue, Suite 250
Pleasant Hill, CA 94523
Telephone: (925) 939-5330
Facsimile: (925) 939-0203

Attorneys for Defendant,
Officer DANIEL BUCK

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALBERT ANTHONY ARTEAGA**, <br><br> Plaintiff, <br><br> vs. <br><br> **CITY OF OAKLEY, et al.,** <br><br> Defendants. | Case No. 3:19-cv-05725-JCS <br><br> **UPDATED JOINT CASE MANAGEMENT CONFERENCE STATEMENT** <br><br> Date:  November 13, 2020 <br> Time:  2:00 p.m. <br> Ctrm.: G – 15th Floor (San Francisco) <br><br> Hon. Joseph C. Spero, Chief Magistrate Judge |

The parties to the above-entitled action jointly submit this Updated Joint Case Management Conference Statement pursuant to this Court's August 17, 2020 Case Management Order. Dkt. 33. The parties' prior Joint Case Management Conference Statements filed January 29, 2020, April 24, 2020, and August 4, 2020, respectively, are incorporated herein by reference. Dkts. 20, 23, and 30, respectively. In light of the ongoing pandemic, the parties assume this appearance will occur via telephone, but will await the Court's order on that issue.

UPDATED JOINT CASE MANAGEMENT CONFERENCE STATEMENT
*Arteaga v. City of Oakley, et al. /* USDC (E.D. Cal.) Case No.: 3:19-cv-05725-JCS         1

1. **Jurisdiction and Service**

   There are no changes and/or updates in this category.

2. **Facts**

   There are no changes and/or updates in this category.

3. **Legal Issues**

   There are no changes and/or updates in this category.

4. **Motions**

   There are no motions pending before the Court at this time.

5. **Amendment of Pleadings**

   There are no changes and/or updates in this category.

6. **Evidence Preservation**

   There are no changes and/or updates in this category.

7. **Disclosures**

   There are no changes and/or updates in this category.

8. **Discovery**

   The parties have propounded and responded to written discovery.

   The depositions of Plaintiff and Defendant Buck were conducted on August 6, 2020.

   There appears to be no further interest in any non-expert discovery.

9. **Class Actions**

   There are no changes and/or updates in this category.

10. **Related Cases**

    There are no changes and/or updates in this category.

11. **Relief**

    There are no changes and/or updates in this category.

12. **Settlement and ADR**

    The matter did not settle as a result of or following the August 13, 2020 early neutral evaluation ("ENE") session via Zoom with Tia Welch Maerz of Chan & Welch, LLP.

    There are no other changes and/or updates in this category.

UPDATED JOINT CASE MANAGEMENT CONFERENCE STATEMENT
*Arteaga v. City of Oakley, et al.* / USDC (E.D. Cal.) Case No.: 3:19-cv-05725-JCS        2

**13.    Consent to Magistrate Judge For All Purposes**

There are no changes and/or updates in this category.

**14.    Other References**

There are no changes and/or updates in this category.

**15.    Narrowing of Issues**

There are no changes and/or updates in this category.

**16.    Expedited Trial Procedure**

There are no changes and/or updates in this category.

**17.    Scheduling**

The parties are mindful of this Court's May 20, 2020 Order to meet and confer and file a stipulation and proposed order as to the remainder of the briefing schedule set forth in that Order. Dkt. 28.

**18.    Trial**

Jury Trial is set for June 21, 2021. Dkt. 28.

**19.    Disclosure of Non-party Interested Entities or Persons**

There are no changes and/or updates in this category.

**20.    Professional Conduct**

There are no changes and/or updates in this category.

**21.    Other Matters**

Pursuant to the parties' stipulation, Defendant Wayne was dismissed on August 21, 2020 [Dkt. 35].

There are no other changes and/or updates in this category.

Respectfully submitted,

Dated: November 5, 2020                           LAW OFFICES OF PANOS LAGOS

*/s/Panos Lagos*
Panos Lagos, Esq.
Attorneys for Plaintiff,
ALBERT ANTHONY ARTEAGA

1 | Dated: November 5, 2020                MCNAMARA, NEY, BEATTY, SLATTERY,
2 |                                        BORGES & AMBACHER LLP
3 |
4 |                                        By:/s/ *Cameren N. Ripoli (as authorized 11/5/2020)*
  |                                        Noah G. Blechman/Cameren N. Ripoli
5 |                                        Attorneys for Defendants
  |                                        Officer DANIEL BUCK

UPDATED JOINT CASE MANAGEMENT CONFERENCE STATEMENT
*Arteaga v. City of Oakley, et al.* / USDC (E.D. Cal.) Case No.: 3:19-cv-05725-JCS            4